# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ROSITA LOUISSAINT,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No: 6:20-cv-546-Orl-78EJK**

**VISTANA MANAGEMENT, INC.,**

       **Defendant.**

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Orlando, Florida on this 3rd day of April 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

1