## VERIFIED RETURN OF SERVICE

State of Florida                                       County of                                       Court

Case Number: 6:20-CV-546-ORL-78EJK

Plaintiff:
ROSITA LOUISSANT on behalf of herself and all others similarly situated

vs.

Defendant:
VISTANA MANAGEMENT

For:
Levy & Levy
1000 Sawgrass Parkway
Sunrise, FL 33323

Received by Affordable Process on the 31st day of March, 2020 at 7:44 pm to be served on Vistana Management Inc. C/O Corporation Service Company, 1201 Hays Street, Tallahasee, FL 32301.

I, Mary Green #243, do hereby affirm that on the 1st day of April, 2020 at 12:38 pm, I:

served a CORPORATION by delivering a true copy of the Summons and Complaint with the date and hour of service endorsed thereon by me, to: Ronnie Long as Customer Service Specialist for Vistana Management Inc. C/O Corporation Service Company, at the address of: 1201 Hays Street, Tallahasee, FL 32301, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I swear or affirm, pursuant to FLA. Stat. s92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

Mary Green #243
Process Server

Affordable Process
5020 Golfview Court
Unit 1426
Delray Beach, FL 33484
(561) 266-3684
Our Job Serial Number: AFR-2020000424

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n