UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: <u>6:20-cv-00546</u>

ROSITA LOUISSANT, on behalf of herself and
all others similarly situated,

        Plaintiff,

v.

VISTANA MANAGEMENT, INC.,
a Florida corporation,

        Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

The Plaintiff, by and through undersigned counsel, and pursuant to the Court's Order, hereby provide this Certificate of Interested Persons and Corporate Disclosure Statement, and certify that the following persons may have interest in the outcome of this case:

**1.)   The name of each person, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a Party:**

    (i)    Rosita Louissant, Plaintiff

    (ii)    Chad E. Levy, Esquire, Plaintiff's counsel

    (iii)    David M. Cozad, Esquire, Plaintiff's counsel

    (iv)    Levy & Levy, P.A., Plaintiff's counsel

    (v)    Vistana Management, Inc., Defendant

**2.)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**
    None.

**3.)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**
    None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway, Suite 588
Sunrise, Florida  33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*/s/ Chad Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 15, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                           /s/ *Chad E. Levy*
                                           CHAD E. LEVY

**SERVICE LIST**

VISTANA MANAGEMENT, INC.
ATTN: CORPORATION SERVICE COMPANY, REGISTERED AGENT
1201 HAYS STREET
TALLAHASSEE, FL 32301